█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGELO GONZALES, Appellant, v. JOHN T. DEEGAN, as Warden of Sing Sing Prison, Respondent.— Judgment of the Supreme Court, Westchester County, dated February 5, 1968, affirmed, without costs, (see *People ex rel. Kenny* v. *Jackson*, 4 N Y 2d 229; *Matter of Hudson* v. *Fay*, 19 A D 2d 836). Hopkins, Acting P. J., Munder, Kleinfeld, Brennan and Benjamin, JJ., concur.